UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR CALDERON LUNA, | Case No.  1:26-cv-01576-JLT-HBK |
| Plaintiff, | ORDER DENYING DEFENDANT CITIGROUPS, INC'S. MOTION TO DISMISS AS MOOT |
| v. | |
| CITIGROUP, INC., et al., | (Doc. 8) |
| Defendants. | |

On May 18, 2026, Defendant Citigroup, Inc. filed a Motion to Dismiss Plaintiff's pro se Complaint (Doc. 8).  Plaintiff filed a First Amended Complaint on June 1, 2026 (Doc. 15).  The filing by the First Amended Complaint moots Defendant's Motion. *See CDK Global LLC v. Brnovich*, 16 F.4th 1266 (9th Cir. 2021) ("an amended complaint supersedes the original complaint" thereby becoming the "operative pleading."); *Barnes v. Dist. of Columbia*, 42 F. Supp. 3d 111, 117 (D.D.C. 2014) ("when a plaintiff files an amended complaint as of right, the amended complaint becomes the operative pleading and any pending motion to dismiss becomes moot" (cleaned up)).

////

////

////

////

Accordingly, it is ORDERED:

Defendant Citigroup Inc.'s Motion to Dismiss (Doc. 8) is DENIED AS MOOT.

Dated:     June 3, 2026

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE